UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SUSAN SHEA,<br><br>       Plaintiff,<br><br>-v-<br><br>FAIRCHILD AUTO-MATED PARTS INC., CHARLES "CHUCK" CLARK<br><br>       Defendants. | CASE NO. 313 CV 00310 (MPS)<br><br><br><br>NOVEMBER 24, 2014 |

## **JOINT STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that this action shall be dismissed without prejudice to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear its own costs and fees.

| | |
|---|---|
| THE PLAINTIFF,<br>SUSAN SHEA | DEFENDANT<br>FAIRCHILD AUTO-MATED PARTS |
| BY: /s/ John Sodipo_____<br>John Sodipo, Esq.<br>Jacobs & Sodipo,<br>433 South Main Street, Ste 105<br>West Hartford, CT 06110<br>Tel: 860-233-2245<br>Fax: 860-233-8436<br>Fed.: CT 28126<br>Email: Admin@jacobssodipo.com<br>john@jacobssodipo.com | By: /s/ Patrick E. Power<br>Patrick E. Power, Esq.<br>Howd, Lavieri & Fich, LLP<br>682 Main Street<br>Winsted, CT 06098<br>Phone: 860-379-2762 Ext. 24<br>Fax: 860-738-3493<br>Federal Bar No. ct06157<br>Email: pep@hlf.com |

1

DEFENDANT
CHARLES CLARK

By: /s/ Leon M. Rosenblatt

Leon M. Rosenblatt
Law Offices of Leon M. Rosenblatt
10 North Main Street
West Hartford, CT  06107-1988
Federal Bar No. ct 00284
Email: leonrosenblatt@earthlink.net
marybrown@earthlink.net